IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

**TALMADGE VERNON LANGSTON**                                                    **PLAINTIFF**

**VS.**                                            **CIVIL ACTION NO. 2:12-CV-163-KS-MTP**

**3M COMPANY,** *et al*.                                                     **DEFENDANTS**

**PLAINTIFF'S RESPONSE TO MINE SAFETY APPLIANCES COMPANY'S MOTION FOR SUMMARY JUDGMENT BASED AS TO CERTAIN CLAIMS**

COMES NOW the Plaintiff, by and through the undersigned counsel, and files this *Response to Mine Safety Appliances Company's Motion for Summary Judgment as to Certain Claim Motion for Summary Judgment Based on Statute of Limitations* and would show unto the Court the following in support thereof:

The Plaintiff is not pursuing claims of breach of warranties, civil conspiracy, or acting in concert against Mine Safety Appliances (MSA). The Plaintiff is pursuing a claim of negligence against MSA and has made a prima facie case as to this claim.

In support of this response, the Plaintiff submits the following exhibits:

Exhibit "A": *Riley v. Ford Motor Co.,* 2011 WL 2728142 (S.D. Miss. 2011)

Exhibit "B": Deposition excerpts from Dr. Vernon Rose

Exhibit "C": Deposition excerpts from Mr. Darell Bevis.

WHEREFORE PREMISES CONSIDERED, the Plaintiff respectfully requests this Court to deny *Mine Safety Appliances Company's Motion for Partial Summary Judgment as to Certain Claims,* specifically negligence and to grant any other relief it deems appropriate.

DATED, this the 26th day of November, 2013.

2

                                      RESPECTFULLY SUBMITTED

                              By:   /s John T. Givens_____
                                      John T. Givens, *Attorney for Plaintiff*

Of Counsel:

Timothy W. Porter, MSB No. 9687
Patrick C. Malouf, MSB No. 9702
John T. Givens, MSB No. 101561
PORTER & MALOUF, P.A.
Post Office Box 12768
Jackson, Mississippi  39236-2768
Telephone:   (601) 957-1173
Facsimile:    (601) 957-7366
tim@portermalouf.com
patrick@portermalouf.com
johnny@portermalouf.com


R. Allen Smith, Jr., MSB No. 99984
THE SMITH LAW FIRM, P.L.L.C.
681 Towne Center Boulevard, Suite B
Ridgeland, Mississippi  39157
Telephone:     (601) 952-1422
Facsimile:      (601) 952-1426
allen@smith-law.org

2

3

**CERTIFICATE OF SERVICE**

    I, JOHN T. GIVENS, the undersigned counsel for Plaintiff, do hereby certify that I have this date electronically filed the foregoing instrument with the Clerk of Court using the ECF system which sent notification of such filing to all counsel of record.

    I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants.

    NONE

    DATED, the 26th day of November, 2013.

    s/ John T. Givens_____
    John T. Givens