IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

**TALMADGE VERNON LANGSTON**                                              **PLAINTIFF**

**VS.**                                                **CIVIL ACTION NO. 2:12-CV-163-KS-MTP**

**3M COMPANY,** *et al*.                                                **DEFENDANTS**

**PLAINTIFF'S RESPONSE TO AMERICAN OPTICAL
CORPORATION'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW the Plaintiff, by and through the undersigned counsel, and files this *Response to American Optical Corporation's Motion for Summary Judgment* and would show unto the Court the following in support thereof:

The Plaintiff opposes American Optical's Motion for Summary Judgment. In support of this response, the Plaintiff submits the following exhibits:

Exhibit A:  Report of Steven Haber, M.D.

Exhibit B:  Deposition excerpts and Reports from Dr. Vernon Rose

Exhibit C:  Deposition excerpts and Reports from Mr. Darell Bevis

Exhibit D:  Deposition excerpts from Talmadge Langston

Exhibit E:  1980 ANSI Standards

WHEREFORE PREMISES CONSIDERED, the Plaintiff respectfully requests this Court to deny *American Optical's Motion for Summary Judgment* and to grant any other relief it deems appropriate.

DATED, this the 26th day of November, 2013.

2

                                                RESPECTFULLY SUBMITTED

                                       By:   /s John T. Givens
                                               John T. Givens, *Attorney for Plaintiff*

Of Counsel:

Timothy W. Porter, MSB No. 9687
Patrick C. Malouf, MSB No. 9702
John T. Givens, MSB No. 101561
PORTER & MALOUF, P.A.
Post Office Box 12768
Jackson, Mississippi  39236-2768
Telephone:   (601) 957-1173
Facsimile:    (601) 957-7366
tim@portermalouf.com
patrick@portermalouf.com
johnny@portermalouf.com


R. Allen Smith, Jr., MSB No. 99984
THE SMITH LAW FIRM, P.L.L.C.
681 Towne Center Boulevard, Suite B
Ridgeland, Mississippi  39157
Telephone:    (601) 952-1422
Facsimile:    (601) 952-1426
allen@smith-law.org

## CERTIFICATE OF SERVICE

I, JOHN T. GIVENS, the undersigned counsel for Plaintiff, do hereby certify that I have this date electronically filed the foregoing instrument with the Clerk of Court using the ECF system which sent notification of such filing to all counsel of record.

I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants.

NONE

DATED, the 26th day of November, 2013.

                                                  s/ John T. Givens_____
                                                  John T. Givens